STEVEN NECAISE *v.* COMMISSIONER OF CORRECTION

The petitioner Steven Necaise's petition for certification for appeal from the Appellate Court, 112 Conn. App. 817 (AC 29285), is denied.

*Martha Hansen*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided June 17, 2009

PATRICIA L. VOTRE *v.* COUNTY OBSTETRICS AND GYNECOLOGY GROUP, P.C., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 113 Conn. App. 569 (AC 29010), is denied.

*Kenneth A. Votre*, in support of the petition.

*Jeffrey R. Babbin* and *Kevin M. Smith*, in opposition.

Decided June 17, 2009